DALE K. KLEVEN, ESQ. (7778)
DANIEL R.C. DE LUCA, ESQ. (15900)
INJURY RELIEF LAWYERS
7455 W. Azure Drive, Suite 130
Las Vegas, NV 89130
Phone: (702) 827-1212
Fax: (702) 577-1075
dale@relieflawyersnv.com
daniel@relieflawyersnv.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| MICHAEL RULE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES DZURENDA an Individual;<br>SONYA CARILLO an Individual,<br><br>Defendants. | Case No.: 2:17-CV-01845-RFB-EJY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Pursuant to LR 7-1, all parties, through their respective counsel, stipulate that this action shall be dismissed in its entirety, with prejudice, with each party to bear his/her/its own attorneys' fees and costs.

DATED this 18th day of March, 2025.              DATED this 18th day of March, 2025.

Injury Relief Lawyers                                              Nevada Attorney General's Office

/s/ Dale K. Kleven                                                   /s/ Douglas R. Rands
Dale K. Kleven (7778)                                           Douglas R. Rands, Esq. (3572)
Daniel R.C. De Luca (15900)                                555 E. Washington Ave, Ste. 3900
*Attorneys for Plaintiff,*                                          Las Vegas, NV 89101
Michael Rule                                                          *Attorneys for Defendants Sonya Carrillo and James Dzurenda*

**IT IS SO ORDERED.**

**DATED:** this 19th day of March, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**